

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00326-CR

Kevin Deshon **FOSTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6383
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 14, 2019.

Liza A. Rodriguez, Justice